IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JAMES MHOON**  **PLAINTIFF**

v.  **No. 4:20CV183-JMV**

**M. TURNER, ET AL.**  **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion entered today, the instant case is **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a **"STRIKE"** under 28 U.S.C. § 1915(g).

**SO ORDERED**, this, the 28th day of July, 2021.

/s/   Jane M. Virden
UNITED STATES MAGISTRATE JUDGE